IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 18-12538 |
| Jeffrey James Coe | ) | |
| | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| Debtor(s) | ) | **MOTION TO EXPEDITE THE** |
| | ) | **HEARING ON MOTION FOR** |
| | ) | **AUTHORITY TO SETTLE INJURY** |
| | | **CLAIM** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes Debtor, Jeffrey James Coe, by and through the undersigned counsel, and respectfully requests this Court to grant this Motion to Expedite the Motion for Authority to Settle Injury Claim. Debtor requests an expedited hearing to ensure that the settlement offer is not withdrawn prior to the next scheduled Chapter 13 docket. Debtor prays the Debtor's Motion for Authority to Settle Injury Claim s heard on February 7, 2019 at 2:00 p.m., at the US Bankruptcy Court, 201 Superior Ave., Cleveland, Ohio, Courtroom 1A.

                                          Respectfully Submitted,

                                          /s/Alexander V. Sarady
                                          Alexander V. Sarady (0075500)
                                          Rauser & Associates
                                          614 West Superior Avenue, Suite 950
                                          Cleveland, Ohio 44113
                                          Telephone: (216) 263-6200
                                          Facsimile: (216) 263-6202
                                          Attorney for Debtor(s)

# CERTIFICATE OF SERVICE

This is to certify that on February 4, 2019 a true and correct copy of the motion was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Lauren Helbling, on behalf of the Chapter 13 Trustee at ch13trustee@ch13cleve.com

United States Trustee, at (Registered address)@usdoj.gov

**Chapter 13 Trustee**
Lauren A. Helbling, on behalf of the Chapter 13 Trustee at ch13trustee@ch13cleve.com

And by regular U.S. mail, postage prepaid on:

**Debtor:**
**Jeffrey James Coe**
4093 E. 74th Street
Cleveland, OH 44105

/s/Alexander V. Sarady
Alexander V. Sarady (0075500)
Attorney for Debtor(s)